EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| *In re:*  Ángel M. González Velázquez | 2022 TSPR 63  209 DPR _____ |

Número del Caso:  TS-6,038


Fecha:  19 de mayo de 2022


Abogado de la parte peticionaria:

        Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ángel M. González Velázquez

TS-6,038

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de mayo de 2022.

Evaluada la *Moción solicitando reinstalación* presentada por el Sr. Ángel M. González Velázquez, se provee con lugar. Se le advierte al señor González Velázquez a no comparecer en calidad de licenciado mientras este suspendido de la profesión legal.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo